UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KHANI PHILLIBERT,

                              Defendant,

          -against-

UNITED STATES OF AMERICA,

15 Cr. 647 (PAE)

ORDER

PAUL A. ENGELMAYER, United States District Judge:

The Court has received the attached *pro se* motion for compassionate release from

defendant Khani Phillibert.  The Court asks Mr. Phillibert's trial counsel, Montell Figgins, to

submit a memorandum in support of Mr. Phillibert's motion.  This memorandum is due June 29,

2021.  The Government's response is due July 13, 2021.  The Court does not invite a reply.

          SO ORDERED.

Dated:    June 14, 2021
          New York, New York

                                        PAUL A. ENGELMAYER
                                        United States District Judge