UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>KHANI PHILLIBERT,<br><br>                    Defendant. | 15-CR-647 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

In June 2021, the Court received the attached *pro se* motion for compassionate release from defendant Khani Phillibert, which the Court views as raising a colorable claim. The Court asked Mr. Phillibert's trial counsel, Montell Figgins, Esq., to submit a memorandum in support of Mr. Phillibert's motion, and for the Government to submit a response. Dkt. 58. Mr. Figgins regrettably declined to do so; the Government, however, submitted a timely response. Dkt. 59. The Court now appoints Valerie Gotlib, Esq., as CJA counsel for the purpose of filing a memorandum in support of Mr. Phillibert's motion. This motion is due by July 28, 2021. If the Government wishes to file a reply, any such reply is due August 4, 2021.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: July 14, 2021
       New York, New York

05/14/21

TO HONORABLE JUDGE PAUL ENGELMAYER

I am writing in reference to A Compassionate release. I contracted Covid 19 on Feb. 19 2021 Since then I've been in transit. I'm seeking for the proper representation to solve this matter. Please take this letter into consideration. I've completed a large fraction of my 90 month sentence, I completed several voluntary programs. I contracted this Deadly virus on the Negligence of the BOP Still I have symptoms, such as breathing, running nose, lost of smell, and appitete. I also took several loses during this sentence from my grandmother and uncle and significant memories and stages of my kids I can't get back, from this overly harsh sentence for low level drug crime.

Jesus Trulez

Elvin Philibert