# GOTLIB LAW

July 23, 2021

**Via ECF and Email**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York  10007

Re:     *United States v. Khani Phillibert,* **15 Cr. 647 (PAE)**

Dear Judge Engelmayer,

I write to respectfully request a three-week adjournment of the submission date for Mr. Phillibert's motion for compassionate release in the above-captioned matter. On July 14, 2021, the Court appointed me as CJA counsel to file a motion for compassionate release on Mr. Phillibert's behalf by July 28, 2021. Mr. Phillibert is currently incarcerated at FCI Ray Brook ("Ray Brook"). I contacted the staff at Ray Brook to schedule a legal call with Mr. Phillibert but was informed only yesterday that the earliest possible date that they can schedule a legal call between the undersigned and Mr. Phillibert is July 27, 2021. I believe it is prudent that I have the opportunity to confer with Mr. Phillibert more than once prior to filing a motion on his behalf.

Accordingly, I respectfully request that the Court adjourn the submission date for Mr. Phillibert's motion for compassionate release until August 18, 2021. The government has no objection to the requested adjournment. I thank the Court for its consideration.

Respectfully submitted,

/s/

Valerie A. Gotlib

Granted.  If the Government wishes to file a reply, any such reply is due August 25, 2021.  SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
7/26/2021