UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

KHANI PHILLIBERT,

Defendant.

---

15 Cr. 647 (PAE)
ORDER

PAUL A. ENGELMAYER, District Judge:

Magistrate Judge Aaron held a hearing today, regarding defendant Khani Phillibert's revocation of supervised release. At the hearing, he scheduled a status conference before this Court on July 11, 2024, at 2:30 p.m. That time is unavailable in this Court's calendar. The Court will therefore maintain the schedule it previously set, Dkt. 74, and will hold the status conference on July 11, 2024, at 10:30 a.m.

SO ORDERED.

Dated: June 3, 2024
New York, New York

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

1