# GOTLIB LAW

September 17, 2024

*Via* **ECF & Email**

The Honorable Paul A. Engelmayer
United States District Court Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007
(Email: EngelmayerNYSDChambers@nysd.uscourts.gov)

        Re:    *United States v. Phillibert,* 15 Cr. 647 (PAE)

Dear Judge Engelmayer,

I write jointly with the government to respectfully request a 60-day adjournment of the October 1, 2024 status conference in the above-captioned violation of supervised release proceeding. The parties further respectfully request that the Court impose the conditions of supervised release that Mr. Phillibert was subject to prior to his May 15, 2024 state arrest and subsequent transfer to federal custody, effective as of September 19, 2024. The parties confirmed with U.S. Probation Officer Matthew Omlor that Probation has no objection to the requests made herein.

Mr. Phillibert was scheduled to complete a 90-day inpatient drug rehabilitation program on September 23, 2024, however, the program contacted the undersigned and Officer Omlor this afternoon to advise that they intend to release Mr. Phillibert in two days on September 19, 2024. Mr. Phillibert's next court date in his state case is November 26, 2024. As of the date of this letter, Mr. Phillibert has not been indicted in his state case. If he is not indicted by November 15, 2024, the state case will be dismissed. The parties believe that it makes sense to adjourn the conference in this matter until after the next court date in his state case.

Accordingly, the parties respectfully request that the October 1, 2024 status conference be adjourned 60 days and that effective September 19, 2024 Mr. Phillibert be subject to the conditions of supervised release he was subject to prior to May 15, 2024.

                Respectfully Submitted,

                /s/

                Valerie A. Gotlib

**GRANTED.** The conference is adjourned to December 10, 2024 at 11:00 a.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 84.

SO ORDERED.                        9/18/2024

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge