UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                               :
UNITED STATES OF AMERICA
                                               :   15 CR 647-01 (PAE)

    -against-                                  <u>ORDER</u>
                                               :
Khani Phillibert
                                               :
    Defendant
                                               :
-------------------------------------X

Paul A. Engelmayer, United States District Judge:

It is hereby ORDERED that the Southern District of New York Probation Office is authorized to transfer custody of the evidence seized during the May 13, 2025 search of the residence of defendant Khani Phillibert to Homeland Security Investigations (HSI).

    Dated: New York, New York
          May <u>13</u>, 2025

                                        SO ORDERED:

                                        _____
                                        Paul A. Engelmayer,
                                        U.S. District Judge