```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :    15 CR 647-01 (PAE)
    -against-                             ORDER
                                     :
Khani Phillibert                     :
                                     :
    Defendant                        :
                                     :
-------------------------------------X
```

Paul A. Engelmayer, United States District Judge:

It is hereby ORDERED that the Southern District of New York Probation Office is authorized to transfer custody of the evidence seized during the May 13, 2025 search of the residence of defendant Khani Phillibert to the New York City Police Department(NYPD).

    Dated: New York, New York
           May 14, 2025

                                            SO ORDERED:

                                            _____
                                            Paul A. Engelmayer,
                                            U.S. District Judge