UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

KHANI PHILLIBERT,

Defendant.

15-CR-647 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court understands that defense seeks to appeal the decision by Magistrate Judge Tarnofsky to detain the defendant. The Court schedules a conference for **Thursday, June 12, 2025, at noon**, in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY, to take up that appeal. A letter from the defense in support of the appeal is due **Thursday, June 5, 2025**. The Government's opposition is due **Monday, June 9, 2025**. In light of this hearing, the Court adjourns the conference for this purpose that the Magistrate Judge had scheduled before this Court on June 5, 2025.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 30, 2025
New York, New York