UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

KHANI PHILLIBERT,

Defendant.

15-CR-647 (PAE)

<u>SCHEDULING ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court sets the following schedule:

- An evidentiary hearing on the pending specifications is scheduled for **July 14, 2025** at **9:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, New York, NY.

- The Government shall file a letter, by **July 10, 2025**, previewing its evidence and at the hearing.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: June 12, 2025
New York, New York