UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

KHANI PHILLIBERT,

Defendant.

15-CR-647 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Valerie A. Gotlib, Esq., counsel for defendant Khani Phillibert, has informed the Court

that Mr. Phillibert wishes to represent himself at the supervised release violation hearing

scheduled for July 14, 2025, with Ms. Gotlib serving as stand-by counsel.  *See* Dkt. 97.  To

confirm that Mr. Phillibert is capable of representing himself, understands the risks of doing so,

and is making an informed decision to do so, the Court will conduct a *Faretta* inquiry at the start

of the hearing.  The Court directs the Government, by July 7, 2025, to file on the docket of this

case a proposed question-by-question *Faretta* colloquy, and directs Ms. Gotlib to review it

carefully and in detail with Mr. Phillibert prior to the July 14 hearing.  In the event that the

colloquy does not result in a waiver accepted by the Court, the hearing will still proceed on July

14, with Ms. Gotlib representing Mr. Phillibert.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: June 26, 2025
       New York, New York