UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>KHANI PHILLIBERT,<br><br>                    Defendant. | 15-CR-647 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a *pro se* letter from defendant Khani Phillibert claiming that his rights were violated by the absence of a preliminary hearing in this case, in which an evidentiary hearing is scheduled for July 14, 2025. *See* Dkt. 99. The Court has not relieved his counsel, Valerie Gotlib, Esq., although the Court will undertake a *Faretta* inquiry at the start of the July 14, 2025 hearing on the pending supervised release violations, to determine whether Mr. Phillibert can represent himself. The Court accordingly directs Ms. Gotlib to submit a letter addressing the issue presented by Mr. Phillibert's letter. That letter is due Tuesday, July 8, 2025. A brief letter response from the Government is due Thursday, July 10, 2025.

SO ORDERED.

                                                                                    _____
                                                                                    PAUL A. ENGELMAYER
                                                                                    United States District Judge

Dated: July 7, 2025
           New York, New York