UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>KHANI PHILLIBERT,<br><br>Defendant. | 15 Cr. 647 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed the Government's pre-hearing letter of July 10, 2025, which moves, *in limine*, to admit the lab reports and chain of custody documents relating to narcotics allegedly recovered on March 19 and May 13, 2025, without the need to call additional witnesses such as the four criminalists who conducted a controlled substances analysis. *See* Dkt. 106. The motion is familiar to the Court and appears clearly meritorious, but, in order to give the defense an opportunity to be heard, the Court will not rule on the motion until the hearing scheduled for this coming Monday, July 14, 2025. To the extent, however, that the Government seeks permission to not bring these witnesses to Monday's hearing, that relief is granted, in the interest of avoiding needless burden to these witnesses. In the event that the Government's motion *in limine* were denied, the Court would grant the Government a continuance to secure the presence of these witnesses.

SO ORDERED.

*Paul A Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 11, 2025
New York, New York