UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

KHANI PHILLIBERT,

Defendant.

15-CR-647 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Following an evidentiary hearing yesterday, the Court issued a bench opinion that found that the Government had established violation specifications Two, Four, Five, and Seven through Ten, as alleged in the Probation Department's violation report dated June 11, 2025. On the Government's motion, the Court dismissed violation specifications One, Three, and Six. The bases for these findings are those articulated in the bench opinion. A judgment will issue following sentencing, which the Court has scheduled for **September 11, 2025, at 11:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 15, 2025
New York, New York