# GOTLIB LAW

August 27, 2025

**Via ECF & Email**

The Honorable Paul A. Engelmayer
United States District Court Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007
(Email: EngelmayerNYSDChambers@nysd.uscourts.gov)

    Re: *United States v. Phillibert,* 15 Cr. 647 (PAE)

Dear Judge Engelmayer,

I write to respectfully request a one-month adjournment of the sentencing hearing in the above-captioned violation of supervised release proceeding, which is currently scheduled for September 11, 2025. This is the first request for an adjournment of the sentencing. Both the government and probation consent to the requested one-month adjournment. The reason for the requested adjournment is to afford Mr. Phillibert additional time to work on his sentencing submission and to see if he can resolve his pending state matters prior to sentencing in this matter. I thank the Court for its consideration.

            Respectfully Submitted,

            /s/

            Valerie A. Gotlib

Cc: All counsel of record (*via* ECF)
   U.S. Probation Officer Robert Harris (*via* Email)

**GRANTED.** The sentencing is adjourned until **October 9, 2025,** at **12:00 p.m.** The Clerk of Court is requested to terminate the motion at Dkt. No. 117.

9/3/2025

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Gotlib Law, PLLC
20 Vesey Street | Suite 400 | New York | NY | 10007
T 917 536 8171 | F 917 970 8158 | valerie@gotliblaw.com