UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | 15-CR-647 (PAE) |
| KHANI PHILLIBERT, | ORDER |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from defendant Khani Phillibert, indicating an interest in being represented by counsel on his pending appeal of the judgment recently entered on supervised release violation charges.  Dkt. 125.  Mr. Phillibert's request for appointment of appellate counsel is properly directed to the United States Court of Appeals for the Second Circuit.  The Court asks Mr. Phillibert's his court-appointed counsel in this Court, Valerie Gotlib, Esq., to assist Mr. Phillibert with this process.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 24, 2026
New York, New York